**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No:  15-68848-PMB |
| | ) | |
| Beverly Newsome, | ) | Chapter 13 |
| | ) | |
|        Debtor. | ) | |

<u>**NOTICE OF HEARING**</u>

      **PLEASE TAKE NOTICE** that Beverly Newsome has filed a Motion to Approve Sale of Real Property and related papers with the Court seeking an order approving the Motion.

      **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1202**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 on **August 16, 2018 at 10:00 a.m**.

      Your rights may be affected by the court's ruling on these pleading. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

      This 23rd day of July, 2018.

      __/s/_____
      Soo J. Hong
      GA Bar No. 129608
      Attorney for Debtor

BLEVINS & HONG, P.C.
191 Roswell Street
Marietta, GA 30060
P: 678-354-2290
F: 678-981-8413
bk@cobbcountylaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No:   15-68848-PMB |
| | ) | |
| Beverly Newsome, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**MOTION TO APPROVE SALE OF REAL PROPERTY AND
APPLICATION FOR COMPENSATION**

**COMES NOW** Beverly Newsome, Debtor in the above-styled case, by and through the undersigned counsel, and moves the Court for an order approving the sale of Debtor's real property and application for compensation, and states as follows:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N).

3.

Debtor filed a Voluntary Petition for relief under Chapter 13 on October 2, 2015.

4.

Debtor has an interest in real property located at 3706 Debbie Lane, Powder Springs, Georgia 30127 (the "Property").

5.

The Property has a secured obligation to Atlanta Postal Credit Union with an approximate balance of $23,345.66 as of June 4, 2018.  *See* "Exhibit A".

6.

The Property has an approximate current value of $110,000.00.

7.

Debtor has procured a disinterested third party, Harrington Real Estate Investments, LLC, to purchase this Property. ("Buyer").

8.

Buyer has agreed to the purchase price of $80,000.00.  *See* Exhibit "B".  The proceeds from the sale of this Property will pay the claims in this her Chapter 13 bankruptcy case in full.

9.

Debtor's counsel, Blevins & Hong, P.C., seeks allowance of $500.00 of additional compensation over and above the base fee, as agreed upon, for filing this Motion.

**WHEREFORE**, Debtor prays:

1) That an order allowing the sale of Debtor's real property commonly known as 3706 Debbie Lane, Powder Springs, Georgia 30127 to Harrington Real Estate Investments, LLC for $80,000.00; and

2) That Debtor's counsel, Blevins & Hong, P.C., be allowed compensation of $500.00; and

3) such other and further relief as the Court may deem equitable and just.

This 23rd day of July, 2018.

*In re Beverly Newsome*
*United States Bankruptcy Court, Northern District, Atlanta Division*
*Case No.15-68848-PMB*
*Motion to Approve Sale of Real Property and Application for Compensation*

                                                            Respectfully submitted,
                                                            BLEVINS & HONG, P.C.

                                                            __/s/_____
                                                            Soo J. Hong
                                                            GA Bar No. 129608
                                                            Attorney for Debtor

BLEVINS & HONG, P.C.
191 Roswell Street
Marietta, GA 30060
P: 678-354-2290

EXHIBIT A



Atlanta Postal Credit Union

```
Acct XXXXXX6921              NEWSOME,BEVERLY
Eff: 06/04/18                  Date: 06/04/18
Tlr: 0492                             4:35pm
```

```
Payment to  365 1ST-20YR-3706 DEBBIE
                                    LANE 11
Prev Bal:                         23,735.36
Due date:                          12/30/16
Amount:                              577.25
Principal:                          -389.70
Interest:                            129.83
Fees:                                 57.72
New Bal:                          23,345.66
Seq:                                #317503

Comment for 365 1ST-20YR-3706 DEBBIE
                                    LANE 11
CHECK BY PHONE $585.25
Seq:                                #317504
#26921 NEWSOME
870088-0000          CHECKS BY PHONE
                          CLEARIN 577.25
```

Authorized by

EXHIBIT B

# CONTRACT FOR SALE OF REALTY

The undersigned Seller: **Beverly A. Newsome** agrees to sell and the undersigned Purchaser: **Harrington Real Estate Investments, LLC** agrees to buy the real property described below on the terms set forth herein. The terms "Seller" and "Purchaser" to include male and female singular and plural, corporation, partnership or individual, as may fit the particular parties.

1. **PROPERTY DESCRIPTION:**

   **3706 Debbie Lane
   Powder Springs, GA  30127**

2. **PURCHASE PRICE:**  The total purchase price to be paid at closing is **$ 80,000**
The purchase price shall be payable as follows: **All Cash**

3. **EARNEST MONEY.** Purchaser has paid to Seller **$1,000** earnest money, receipt whereof is hereby acknowledged, which earnest money is to be applied as part payment of the purchase price of said property at the time of closing. If Purchaser defaults under the terms of this contract, Seller may retain such earnest money as liquidated damages.

4. **MARKETABLE TITLE.** Seller agrees to furnish marketable title to said property and agrees to convey by Warranty Deed to Purchaser at closing, subject only to the following:
   a. All valid restrictions of record; and general utility easements serving the property.

   Purchaser shall have a reasonable time after acceptance of this Contract in which to examine title and in which to furnish Seller a written statement of objections affecting the marketability of said title. Seller shall have a reasonable time after receipt of such objections and if Seller fails to satisfy such valid objections within a reasonable time, then at the option of the Purchaser, evidenced by written notice to Seller, this contract shall be null and void.

5. **DAMAGES TO PREMISES.** Seller warrants that when the sale is closed the improvements, if any, on the property will be in the same condition as they are in on the date this contract is signed by the Seller, natural wear and tear excepted. However, should the premises be destroyed or substantially damaged before the contract is consummated, then at the election of the Purchaser:
   a. The contract may be cancelled; or
   b. Purchaser may consummate the contract and receive such insurance as is paid on the claim or loss.  This election must be exercised within ten days after the amount of the Seller's damage is determined.

6. **CLOSING.** The sale shall be closed on or before August 1st, 2018.

7. **CLOSING COSTS.** Closing costs shall be paid as follows:  Buyer will pay all closing costs.

## CONTRACT FOR SALE OF REALTY page 2

8. **TAXES.** All property taxes shall be current at time of closing.

9. **POSSESSION.** Purchaser shall have possession of the property:

10. **Special Stipulations:**

   1) This is an all cash offer to purchase.

   2) Buyer is purchasing the property in as-is condition.

   3) Sale to include all existing fixtures and appliances.

   4) This offer is subject to the approval of an inspection by purchaser.

   5)

   6)

Executed by purchaser on: July 16, 2018

_____
Becky R. Harrington, Managing Member
Harrington Real Estate Investments, LLC


_____
Beverly A. Newsome

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the within and foregoing Motion by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

Beverly A Newsome
3706 Debbie Lane
Powder Springs, GA 30127

And all creditors on the attached matrix.

      I further certify that the following parties were served via the ECF electronic mail/noticing system:

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

      This 23rd day of July, 2018.

                                              __/s/_____
                                              Soo J. Hong
                                              GA Bar No. 129608
                                              Attorney for Debtor

BLEVINS & HONG, P.C.
191 Roswell Street
Marietta, GA 30060
P: 678-354-2290

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-68848-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Jul 23 13:13:35 EDT 2018 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | ATL POSTAL<br>1800 JAMES JACKSON PARKWAY<br>ATLANTA, GA 30369-1100 |
| ATLANTA POSTAL CREDIT<br>3900 CROWN RD SW<br>ATLANTA, GA 30304-0001 | ATLANTA POSTAL CREDIT UNION<br>40 TECHNOLOGY PKWY SOUTH<br>SUITE 300<br>NORCROSS, GA 30092-2924 | Austell Natural Gas System<br>2838 Joe Jerkins Blvd.<br>Austell, GA 30106-3298 |
| BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Checkredi<br>PO Box 3829<br>Huntsville, AL  35810-0829 | City of Powder Springs<br>PO Box 46<br>Powder Springs, GA 30127-0046 |
| Cobb County Tax Commissioner<br>PO Box 100127<br>Marietta, GA 30061-7027 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Georgia Department of Reveue<br>1800  Century Blvd.<br>Atlanta, GA 30345-3205 |
| Soo J. Hong<br>Blevins & Hong, PC<br>191 Roswell St.<br>Marietta, GA 30060-1937 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kroger Check Recovery Center<br>PO Box 30650<br>Salt Lake City, UT  84130-0650 |
| LGE COMMUNITY CU<br>PO BOX 1188<br>MARIETTA, GA 30061-1188 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, PC<br>Suite 300<br>40 Technology Parkway South<br>Peachtree Corners, GA 30092-2924 | Beverly A Newsome<br>3706 Debbie Lane<br>Powder Springs, GA 30127-2011 |
| PORTFOLIO RECOVERY ASS<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Publix Super Markets, Inc.<br>PO Box 407<br>Lakeland, FL  33802-0407 |
| REC MGT GRP<br>2901 UNIVERSITY AV #29<br>COLUMBUS, GA 31907-7601 | SAIA PETROLEUM<br>3930 Austell-Powder Springs Road<br>Powder Springs, GA 30127-2941 | SOUTHWEST CREDIT SYSTE<br>4120 INTERNATIONAL PKWY<br>CARROLLTON, TX 75007-1958 |
| STELLAR RECOVERY INC<br>4500 SALISBURY RD STE 10<br>JACKSONVILLE, FL 32216-8035 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/PEP BOYS<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 |
| SYNCB/WALMART<br>PO BOX 965024<br>ORLANDO, FL 32896-5024 | Thompson O'Brien Kemp & Nasuti, PC<br>40 Technology Pkwy South, Suite 300<br>Norcross, GA 30092-2924 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |

```
US Dept. of Treasury              Wesley Landrum Plumbing         Wilkes Finance
Debt Management Services          15 Camden Pointe                4180 Marietta Street
PO Box 979101                     Dallas, GA 30157-6214           Powder Springs, GA 30127-4801
St. Louis, MO 63197-9000
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service          Portfolio Recovery Associates, LLC
Centralized Insolvency Operation  POB 41067
PO Box 21126                      Norfolk VA 23541
Philadelphia, PA 19114-0326
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ATLANTA POSTAL CREDIT UNION              End of Label Matrix
                                            Mailable recipients    32
                                            Bypassed recipients     1
                                            Total                  33
```